Meyer Blumberg, Appellant, *v.* Frank Giorgio, Jr., as Trustee in Bankruptcy of Nox Realty Corporation, Respondent.

(Submitted June 12, 1933; decided June 13, 1933.)

*Robert Daru* for motion.
*Meyer Blumberg* opposed.
Motion denied.